UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 16-23718-CIV-MORENO

LOUIS ARCHER,

        Plaintiff,

vs.

CANNON ENERGY DRINKS, INC. d/b/a
KAPOYA ENERGY DRINKS,

        Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice (**D.E. 9**), filed on **September 22, 2016**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice is GRANTED and the settlement is approved in accordance with *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). It is also

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of September 2016.

                                                                          FEDERICO A. MORENO
                                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record